JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

### CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**

First Listed Plaintiff:
Fair Housing Center of Central Indiana, Inc. ;
**County of Residence:** Marion County

Additional Plaintiff(s):
Lizeth Azcarraga ;
Jorge Caceres ;
Romary Vazquez ;
Nicole Anaya ;
Paula Almanza ;
Sarahi Guadarrama ;

**Defendant(s):**

First Listed Defendant:
Marshall Welton ;
**County of Residence:** Marion County

Additional Defendants(s):
Burger Property Assurance LLC ;
Hoosier Collins Commercial Strategies LLC ;
SLB Acquisitions LLC ;
SLB Assets II LLC ;
SLB Assets III LLC ;
SLB Investments LLC ;
Natalia Villanueva ;
Juan Enriquez ;

**County Where Claim For Relief Arose:** Marion County

**Plaintiff's Attorney(s):**

Christopher Brancart ( Fair Housing Center of Central Indiana, Inc.)
Brancart & Brancart
PO Box 686
Pescadero, California 94060
**Phone:** 650-879-0141
**Fax:** 650-879-1103
**Email:** cbrancart@brancart.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** N/A

    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 443 Housing and Accomodations
**Cause of Action:** 42 USC 3601, et seq. housing discrimination
**Requested in Complaint**

**Class Action:** Not filed as a Class Action

**Monetary Demand (in Thousands):** TBD

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Christopher Brancart

**Date:** 4/10/2018

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.