# United States District Court
for the
Southern District of Indiana

| | |
|---|---|
| Fair Housing Center of Central Indiana, Inc.; Cristina Arellano; Lizeth Azcarraga; Jorge Caceres; Romary Vasquez; Nicole Anaya; Paula Almanza; Saturnino Garcia; Xochitl Palmeros; Isaac Perez; Audrin Castro; Maria Margarita Cruz; and Sarahi Guadarrama, <br><br> *Plaintiffs,* <br> vs. <br><br> Marshall Welton; Assests & Equity Strategies, LLC; Burger Property Assurance LLC; Hoosier Collins Commercial Strategies LLC; SLB Acquisitions LLC; SLB Assets II LLC; SLB Assets III LLC; SLB Investments LLC; Wong Ventures, LLC; Natalia Villanueva; and Juan Enriquez, <br><br> *Defendants.* | Case No. 1:18-cv-01098-JMS-DLP |

**SUMMONS IN A CIVIL ACTION**

TO: (*Defendants' names and addresses*)

Assest & Equity Strategies LLC
c/o Grover B. Davis
235 N. Delaware St.
Indianapolis, IN 46204


Wong Ventures LLC
c/o Grover B. Davis
235 N. Delaware St.
Indianapolis, IN 46204




     A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) ─ or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ─ you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

     Christopher Brancart, Brancart & Brancart, P.O. Box 686, Pescadero, CA 94060; (650) 879-0141

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

                                                                            *CLERK OF COURT*

Date: _____                           _____

                                                                   *Signature of Clerk or Deputy Clerk*

Civil Summons (Page 2)

Civil Action Number: _____

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____ was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)*

_____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with

*(name)*_____

_____, a person of suitable age and discretion who resides

there, on *(date)* _____, and mailed a copy to the individual's last known address;

or

☐ I served the summons on *(name of individual)* _____,

who is designated by law to accept service of process on behalf of *(name of organization)*

_____ _____on *(date)*

_____; or

☐ I returned the summons unexecuted because

_____; or

☐ Other *(specify)*:


My fees are $ _____for travel and $_____for services, for a total of $_____.

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's Signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc.